UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

TREQUAN RIDDLE,

                    Plaintiff,                    Case No. 2:23-cv-58

v.                                                Honorable Robert J. Jonker

S. MOYER et al.,

                    Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for

lack of prosecution and failure to comply with the Court's order.


Dated:    May 18, 2023                    /s/ Robert J. Jonker
                                          Robert J. Jonker
                                          United States District Judge